Motion GRANTED.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

**PLUMBERS & PIPEFITTERS LOCAL
NO. 572 HEALTH & WELFARE FUND,
PLUMBERS & PIPEFITTERS LOCAL
NO. 572 PENSION FUND** and
**PLUMBERS & PIPEFITTERS LOCAL
NO. 572 JOINT APPRENTICESHIP
TRAINING FUND,**

    Plaintiffs,

v.    No. 3:12-cv-00134

**GIPSON MECHANICAL
CONTRACTORS, INC.**

    Defendants.

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION

Comes now the Defendant, Gipson Mechanical Contractors, Inc., by and through undersigned counsel, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves the Court for an extension of time to respond to Plaintiffs' Motion for Preliminary Injunction [doc 13]. As grounds for its Motion, Gipson Mechanical Contractors, Inc. would respectfully show and state unto the Court as follows:

1. On August 26, 2012, Plaintiffs filed their Motion for Preliminary Injunction and to Waive Security. Pursuant to Local Rule 7.1(b), the deadline for the Defendant to file a response is September 10, 2012.

2. In order to properly respond to the Motion, Defendant needs an additional seven (7) days to file its response.