UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PLUMBERS & PIPEFITTERS LOCAL NO. 572 HEALTH & WELFARE FUND, PLUMBERS & PIPEFITTERS LOCAL NO. 572 PENSION FUND, and PLUMBERS & PIPEFITTERS LOCAL NO. 572 JOINT APPRENTICESHIP TRAINING FUND, <br><br> Plaintiffs, <br><br> v. <br><br> GIPSON MECHANICAL CONTRACTORS, INC. <br><br> Defendant. | Case No. 3:12-CV-0134 <br> JUDGE TRAUGER |

## ORDER

Pending before the court is the plaintiff's Motion for Summary Judgment. (ECF 25.) For the reasons stated in the accompanying Memorandum, the motion is **GRANTED** as to liability and **DENIED** as to the amount of damages.

IT IS SO ORDERED.

_____
ALETA TRAUGER
UNITED STATES DISTRICT JUDGE